SO ORDERED.

Dated: January 27, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31575/0149645228

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jarnli Kay Granger<br>       Debtor.<br>_____<br>U.S. Bank National Association, as Indenture Trustee for CMLTI 2006-AR1<br>       Movant,<br>  vs.<br><br>Jarnli Kay Granger, Debtor, William E. Pierce, Trustee.<br><br>       Respondents. | No. 2:09-bk-24229-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #15) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 14, 2005 and recorded in the office of the Yavapai County Recorder wherein U.S. Bank National Association, as Indenture Trustee for CMLTI 2006-AR1 is the current beneficiary and Jarnli Kay Granger has an interest in, further described as:

Parcel l:

The South 70 feet of the West half of Lot 86 and the North 20 feet of the West half of Lot 85, Idylwild Tract, according to Book 2 of Maps, page 14 and in Book 2 of Maps, page 22, records of Yavapai County, Arizona.

Parcel II:

The East 50 feet of Lot 97, Idylwild Tract, according to Book 2 of Maps, page 14 and in Book 2 of Maps, page 22, records of Yavapai County, Arizona.

Parcel III:

The West 23 feet of the East half of the South 50 feet of Lot 86, Idylwild Tract, according to Book 2 of Maps, page 14 and in Book 2 of Maps, page 22, records of Yavapai County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT